

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| MICHAEL MONROE BOWERS, | § | No. 08-13-00346-CV |
| Appellant, | § | Appeal from the |
| v. | § | 231st Judicial District Court |
| ANGELA GODBY BOWERS, | § | of Tarrant County, Texas |
| Appellee. | § | (TC# 231-485220-10) |
| | § | |

## **ORDER**

The Court on its own motion ORDERS the District Clerk of Tarrant County, Texas to prepare and e-file a supplemental record containing the Order on Motion for Temporary Orders Pending Appeal issued November 18, 2013, from the above-captioned case. The supplemental record is due with this Court on or before March 4, 2015.

IT IS SO ORDERED THIS 25TH DAY OF FEBRUARY, 2015.

PER CURIAM

Before McClure, C.J., Rodriguez, and Hughes, JJ.